# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND RICHARD MUNGUIA JR.,<br><br>Defendant. | Case No. 23-cr-1896-AJB<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**<br><br>**The Honorable Anthony J. Battaglia** |

The United States of America's Motion to Dismiss the Information Without Prejudice (ECF No. 20) is GRANTED. The Court dismisses the Information (ECF No. 16) against Defendant Raymond Richard Munguia Jr. without prejudice.

IT IS SO ORDERED.

Dated: October 10, 2023

_____
Hon. Anthony J. Battaglia
United States District Judge